| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) BULLOCK, FRANK W | 2. Court or Organization U.S.D.C. - North Carolina Midd | 3. Date of Report 6/14/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5. ReportType (check appropriate type) ◯ Nomination, Date ◯ Initial ◉ Annual ◯ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address United States District Court Post Office Box 3223 Greensboro, NC 27402 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 JUN 21 A 11: 04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours. not spouse's) |
| --- | --- | --- |
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | George Mason University Law & Economics Center | Seminar "Toqueville's Democracy in America" Mar. 25-Mar. 28, 2004 La Jolla, California |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. Wachovia Bank & Trust Co. | Line of Credit | J |
| 2. New England Life Ins. Co. | Policy Loan | J |

| Name of Person Reporting | Date of Report |
|---|---|
| BULLOCK, FRANK W | 6/14/2005 |

## VII. INVESTMENTS and TRUSTS – income. value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Tigr Ser 18 Feb 15 OID | B | Interest | K | T | | | | | |
| 2. Tigr Ser 21 OID | A | Interest | | | redemption | 11-25 | K | | |
| 3. CDC Invest Mun. Inc. FD | A | Dividend | J | T | | | | | |
| 4. CDC Invest Mun Targeted FD | A | Dividend | J | T | | | | | |
| 5. Truliant Credit Union | A | Interest | J | T | | | | | |
| 6. BB&T | A | Dividend | J | T | | | | | |
| 7. Cumberland County Hospital Bonds FAC | B | Interest | K | T | part redeem | 10-1 | J | | |
| 8. Undeveloped land Granville County, North Carolina | | None | K | W | | | | | |
| 9. CDC Invest Large Cap Fund | A | Dividend | K | T | | | | | |
| 10. General Electric Common Stock | C | Dividend | M | T | part sell | 3-9 | J | B | |
| 11. Wachovia Bank common stock | A | Dividend | | | sell | 1-16 | J | B | |
| 12. Global Allocation Fund (M-L IRA) | A | Dividend | J | T | | | | | |
| 13. Basic Value Fund (M-L IRA) | A | Dividend | J | T | | | | | |
| 14. Jefferson-Pilot (M-L IRA) Common Stock | A | Dividend | | | sell | 3-4 | K | A | |
| 15. Progress Energy | A | Dividend | | | sell | 3-8 | J | A | |
| 16. Practive Corp | A | Dividend | | | sell | 3-8 | J | A | |
| 17. Capital One Financial | A | Dividend | K | T | | | | | |
| 18. Citigroup, Inc. | A | Dividend | | | sell | 3-4 | K | B | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15.001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500  P1 = $1,000,001-$5,000,000  P2 = $5.000,001-$25,000,000  ,001-$1,00
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BULLOCK, FRANK W | 6/14/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. J.P. Morgan Chase | A | Dividend | | | sell | 3-8 | J | C | |
| 20. | | | | | buy | 5-19 | J | | |
| 21. | | | | | sell | 11-8 | J | A | |
| 22. Lowes Companies | A | Dividend | | | sell | 3-8 | K | D | |
| 23. Microsoft | A | Dividend | | | sell | 3-8 | J | | |
| 24. | A | Dividend | | | sell | 11-8 | J | A | |
| 25. Morgan Stanley | A | Dividend | K | T | sell | 1-6 | K | A | |
| 26. | A | | | | buy | 9-9 | J | | |
| 27. Sanmina - Sci Corp. | | None | | | sell | 1-16 | J | A | |
| 28. UBS Global Allocation | A | Dividend | K | T | buy | 1-29 | K | | |
| 29. | A | Dividend | K | T | buy | 12-2 | K | | |
| 30. Altria Group | | None | J | T | buy | 12-3 | J | | |
| 31. Analog Devices | | None | J | T | buy | 12-3 | J | | |
| 32. Broadcom Corp. | | None | J | T | buy | 12-3 | J | | |
| 33. Ebay, Inc. | | None | K | T | buy | 12-3 | K | | |
| 34. Fording CDN Coal Trust | | None | J | T | buy | 12-3 | J | | |
| 35. Gilead Sciences | | None | J | T | buy | 12-3 | J | | |
| 36. Qualcomm, Inc. | | None | J | T | buy | 12-3 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1. | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BULLOCK, FRANK W | 6/14/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Rambus, Inc | | None | J | T | buy | 12-3 | J | | |
| 38. Flextronics International | | None | J | T | buy | 12-3 | J | | |
| 39. Calamos Growth Fund | A | Dividend | K | T | buy | 11-29 | K | | |
| 40. Davis Real Estate Fund | A | Dividend | K | T | buy | 11-29 | K | | |
| 41. First Eagle Global Fund | A | Dividend | K | T | buy | 11-29 | K | | |
| 42. Growth Fund of America | A | Dividend | K | T | buy | 11-29 | K | | |
| 43. John Hancock Classic Value Fund | A | Dividend | K | T | buy | 11-29 | K | | |
| 44. Capital One Financial Corp. | | None | | | sell | 1-16 | K | C | |
| 45. Linear Technology | | None | | | sell | 1-16 | K | C | |
| 46. Citigroup Capital Trust IX | A | Dividend | K | T | buy | 3-10 | K | | |
| 47. American Funds Capital | A | Dividend | | | sell | 2-11 | K | C | |
| 48. First Eagle Global Fund | A | Dividend | | | sell | 2-11 | K | C | |
| 49. | A | Dividend | K | T | buy | 11-29 | K | | |
| 50. FT Templeton Global | A | Dividend | | | sell | 2-11 | J | B | |
| 51. FT Franklin Income | A | Dividend | | | sell | 2-11 | K | B | |
| 52. Hartford Mid Cap Fund | A | Dividend | | | sell | 2-11 | K | C | |
| 53. News Corp. Inc. | A | Dividend | | | buy | 3-5 | J | | |
| 54. | A | Dividend | | | sell | 11-29 | J | | |

1. Income/Gain Codes: (See Columns B1 and D4)    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000    P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market    U = Book Value    V = Other    W = Estimated

Name of Person Reporting

BULLOCK, FRANK W

Date of Report

6/14/2005

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. Oakmark Equity and Income | A | Dividend | | | sell | 2-11 | K | B | |
| 56. Pioneer High Yield | A | Dividend | | | sell | 2-11 | K | B | |
| 57. Royce Specialty Equity | A | Dividend | | | sell | 2-11 | J | B | |
| 58. Scudder Fixed Income | A | Dividend | | | sell | 2-11 | K | A | |
| 59. UBS Pace Money Market | A | Interest | | | sell | 2-11 | J | | |
| 60. Loomis Sayles Strategic Income Fund | A | Dividend | J | T | buy | 11-29 | J | | |
| 61. Oppenheimer Real Estate Fund | A | Dividend | J | T | buy | 11-29 | J | | |
| 62. Oppenheimer Int'l Bond Fund | A | Dividend | J | T | buy | 11-29 | J | | |
| 63. Oppenheimer Global Fund | A | Dividend | K | T | buy | 11-29 | K | | |
| 64. Pimco Pea Renaissance Fund | A | Dividend | J | T | buy | 11-29 | J | | |
| 65. Pimco Low Duration Fund | A | Dividend | J | T | buy | 11-29 | J | | |
| 66. Pimco Real Return Fund | A | Dividend | J | T | buy | 11-29 | J | | |
| 67. Pimco Commodity Real Return Strategy Fund | A | Dividend | J | T | buy | 11-29 | J | | |
| 68. Pioneer High Yield | A | Dividend | K | T | buy | 11-29 | K | | |
| 69. Pioneer Oak Ridge Small Capital Growth | A | Dividend | J | T | buy | 11-29 | J | | |
| 70. Royce Total Return Fund | A | Dividend | J | T | buy | 11-29 | J | | |
| 71. Calamos Growth Fund | A | Dividend | K | T | buy | 11-29 | K | | |
| 72. Davis Real Estate Fund | A | Dividend | K | T | buy | 11-29 | K | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2.501-$5,000      D = $5.001-$15,000      E = $15,001-$50,000

(See Columns B1 and D4)      F = $50.001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000

2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000

(See Columns C1 and D3)      N = $250,000-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000

P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000

3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market

(See Column C2)      U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BULLOCK, FRANK W | 6/14/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children.. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code I (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. John Hancock Classic Value Fund | A | Dividend | K | T | buy | 11-29 | K | | |
| 74. Fed. Home Loan Mortgage Corp. | A | Interest | | | buy | 5-18 | J | | |
| 75. | | | | | sell | 11-9 | J | | |
| 76. Fed. Nat'l Mortgage Ass'n. | A | Interest | | | buy | 3-31 | J | | |
| 77. | | | | | sell | 10-29 | J | | |
| 78. | A | Interest | | | buy | 5-24 | J | | |
| 79. | | | | | sell | 11-9 | J | | |
| 80. | A | Interest | | | buy | 7-21 | J | | |
| 81. | | | | | sell | 8-24 | J | | |
| 82. U.S. Treasury Notes | A | Interest | | | buy | 3-31 | J | | |
| 83. | | | | | sell | 11-9 | J | | |
| 84. | A | Interest | | | buy | 3-31 | K | | |
| 85. | | | | | sell | 11-9 | K | | |
| 86. | A | Interest | | | buy | 10-19 | J | | |
| 87. | | | | | sell | 11-9 | J | | |
| 88. | A | Interest | | | buy | 3-10 | J | | |
| 89. | | | | | sell | 7-22 | J | | |
| 90. | A | Interest | | | buy | 3-18 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BULLOCK, FRANK W | 6/14/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. | | | | | sell | 7-21 | J | | |
| 92. | A | Interest | | | buy | 3-10 | J | | |
| 93. | | | | | sell | 5-19 | J | | |
| 94. | A | Interest | | | buy | 5-03 | J | | |
| 95. | | | | | sell | 10-19 | J | | |
| 96. | A | Interest | | | buy | 10-27 | J | | |
| 97. | | | | | sell | 11-9 | J | | |
| 98. American Century International | A | Dividend | | | buy | 3-8 | J | | |
| 99. | | | | | sell | 11-8 | J | A | |
| 100. Baron Small Capital Fund | A | Dividend | | | buy | 3-5 | J | | |
| 101. | A | Dividend | | | buy | 3-8 | J | | |
| 102. | A | Dividend | | | partial sell | 4-15 | J | A | |
| 103. | | | | | sell | 11-8 | J | A | |
| 104. Cohen & Steers Realty | A | Dividend | | | buy | 3-5 | J | | |
| 105. | | | | | sell | 4-15 | J | A | |
| 106. Del. International Value | A | Dividend | | | buy | 3-5 | J | | |
| 107. | A | Dividend | | | buy | 3-8 | J | | |
| 108. | | | | | sell | 11-8 | J | A | |

1. Income/Gain Codes: (See Columns B1 and D4)  
A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  
F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  
J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  
N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1.  P2 = $5,000,001-$25,000,000  
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)  
Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  
U = Book Value  V = Other  W = Estimated

# FINANCIAL DISCLOSURE REPORT
## Page 7 of 23

Name of Person Reporting

BULLOCK, FRANK W

Date of Report

6/14/2005

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| | Amount Code 1 (A -H) | Type (e.g. div. rent. or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. American Funds Growth | A | Dividend | | | sell | 2-11 | K | B | |
| 110. | A | Dividend | | | buy | 3-5 | J | | |
| 111. | A | Dividend | | | buy | | J | | |
| 112. | A | Dividend | | | sell | 11-8 | J | A | |
| 113. | A | Dividend | K | T | buy | 11-29 | K | | |
| 114. ING GNMA Income | A | Dividend | | | buy | 3-8 | J | | |
| 115. | | | | | | | | | |
| 116. | | | | | sell | 11-8 | J | A | |
| 117. T. Rowe Equity Income | A | Dividend | | | buy | 3-5 | J | | |
| 118. | | | | | | | | | |
| 119. | A | Dividend | | | buy | 3-8 | J | | |
| 120. | | | | | sell | 4-15 | J | | |
| 121. Scudder High Income | A | Dividend | | | buy | 3-5 | J | | |
| 122. | A | Dividend | | | buy | | J | | |
| 123. | | | | | sell | 4-15 | J | A | |
| 124. Dreyfus Premier Markets | A | Dividend | | | buy | 4-15 | J | | |
| 125. | | | | | sell | 11-8 | J | A | |
| 126. Lord Abbott Affiliated | A | Dividend | | | buy | 4-15 | J | | |

1. Income/Gain Codes:  A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
        P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BULLOCK, FRANK W | 6/14/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. | A | Dividend | | | buy | 4-10 | J | | |
| 128. | | | | | sell | 11-8 | J | A | |
| 129. Lord Abbott Bond Debentures | A | Dividend | | | buy | 4-16 | J | | |
| 130. | | | | | sell | 11-8 | J | A | |
| 131. Royce Total Return | A | Dividend | | | buy | 3-5 | J | | |
| 132. | A | Dividend | | | buy | 3-8 | J | | |
| 133. | | | | | sell | 11-8 | J | A | |
| 134. Pimco Total Return | A | Dividend | | | buy | 3-8 | J | | |
| 135. | | | | | sell | 11-8 | J | A | |
| 136. SB Money Fund | A | Interest | | | buy | 3-8 | J | | |
| 137. | A | Interest | | | buy | 4-15 | J | | |
| 138. | | | | | sell | 6-14 | J | A | |
| 139. | | | | | sell | 9-14 | J | A | |
| 140. | | | | | sell | 11-8 | J | A | |
| 141. Global Santa Fe Corp | A | Dividend | | | buy | 3-23 | J | | |
| 142. | | | | | sell | 11-8 | J | A | |
| 143. Tommy Hilfiger Corp. | A | Dividend | | | buy | 6-14 | J | | |
| 144. | | | | | sell | 11-9 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BULLOCK, FRANK W | 6/14/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. Weatherford Int'l Ltd. New (Bermuda) | A | Dividend | | | buy | 3-8 | J | | |
| 146. | | | | | sell | 11-8 | J | A | |
| 147. Abbott Laboratories | A | Dividend | | | buy | 3-10 | J | | |
| 148. | | | | | sell | 11-8 | J | A | |
| 149. Advent Software Inc. | A | Dividend | | | buy | 3-11 | J | | |
| 150. | | | | | sell | 11-8 | J | A | |
| 151. Agilent Technologies, Inc. | A | Dividend | | | buy | 5-14 | J | | |
| 152. | | | | | sell | 11-8 | J | | |
| 153. Alcoa Inc. | A | Dividend | | | buy | 3-8 | J | | |
| 154. | A | Dividend | | | buy | 4-30 | J | | |
| 155. | | | | | sell | 11-8 | J | A | |
| 156. Ambac Financial Group, Inc. | A | Dividend | | | buy | 3-8 | J | | |
| 157. | A | Dividend | | | buy | 5-14 | J | | |
| 158. | | | | | sell | 11-8 | J | A | |
| 159. American Express Co. | A | Dividend | | | buy | 3-8 | J | | |
| 160. | | | | | sell | 11-8 | J | A | |
| 161. American Int'l Grup, Inc. | A | Dividend | | | buy | 3-10 | J | | |
| 162. | A | Dividend | | | buy | 10-25 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50.001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5.000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BULLOCK, FRANK W | 6/14/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. | | | | | sell | 11-8 | J | A | |
| 164. Amgen, Inc. | A | Dividend | | | buy | 3-9 | J | | |
| 165. | | | | | | | | | |
| 166. | A | Dividend | | | buy | 5-24 | J | | |
| 167. | | | | | sell | 11-8 | J | A | |
| 168. Anadarko Petroleum Corp. | A | Dividend | | | buy | 3-26 | J | | |
| 169. | | | | | sell | 11-8 | J | A | |
| 170. Archer Daniels Midland Co. | | None | | | buy | 3-9 | J | | |
| 171. | | | | | sell | 6-3 | J | A | |
| 172. Autodesk Inc. | A | Dividend | | | buy | 3-10 | J | | |
| 173. | | | | | sell | 10-29 | J | A | |
| 174. Autodesk Inc. | A | Dividend | | | buy | 3-10 | J | | |
| 175. | | | | | sell | 11-8 | J | A | |
| 176. Bank New York, Inc. | A | Dividend | | | buy | 3-8 | J | | |
| 177. | | | | | sell | 11-8 | J | A | |
| 178. Biogen Idec Inc. | A | Dividend | | | buy | 3-9 | J | | |
| 179. | | | | | sell | 11-8 | J | A | |
| 180. Bristol Myers Squibb Co. | A | Dividend | | | buy | 3-8 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2.501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000.001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BULLOCK, FRANK W | 6/14/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. | | | | | sell | 6-30 | J | | |
| 182. Cablevision Systems Corp. Cablevision NY Group CL A | A | Dividend | | | buy | 3-8 | J | | |
| 183. | | | | | sell | 11-8 | J | | |
| 184. Charming Shoppes, Inc. | A | Dividend | | | buy | 7-8 | J | | |
| 185. | | | | | sell | 11-8 | J | A | |
| 186. Chiron Corp. Delaware | A | Dividend | | | buy | 3-8 | J | | |
| 187. | | | | | sell | 11-8 | J | | |
| 188. Chubb Corp. | A | Dividend | | | buy | 3-26 | J | | |
| 189. | | | | | sell | 11-8 | J | A | |
| 190. Cisco Sys. Inc. | A | Dividend | | | buy | 3-8 | J | | |
| 191. | | | | | sell | 11-8 | J | | |
| 192. Cisco Sys. Inc. | A | Dividend | | | buy | 5-3 | J | | |
| 193. | | | | | sell | 11-8 | J | | |
| 194. Coca-Cola Co. | A | Dividend | | | buy | 4-28 | J | | |
| 195. | A | Dividend | | | buy | 9-15 | J | | |
| 196. | | | | | sell | 11-8 | J | A | |
| 197. Comcast Corp. CL A - SPL | A | Dividend | | | buy | 3-10 | J | | |
| 198. | | | | | sell | 11-8 | J | A | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BULLOCK, FRANK W | 6/14/2005 |

## VII. INVESTMENTS and TRUSTS
-- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. ConocoPhillips | A | Dividend | | | buy | 5-19 | J | | |
| 200. | | | | | sell | 8-9 | J | A | |
| 201. Cree Inc. | A | Dividend | | | buy | 4-20 | J | | |
| 202. | | | | | sell | 11-8 | J | A | |
| 203. Dell, Inc. | A | Dividend | | | buy | 3-10 | J | | |
| 204. | | | | | sell | 11-8 | J | A | |
| 205. Walt Disney Co. | A | Dividend | | | buy | 3-16 | J | | |
| 206. | A | Dividend | | | buy | 5-19 | J | | |
| 207. | | | | | sell | 11-8 | J | A | |
| 208. Electronics for Imaging | | None | | | buy | 9-7 | J | | |
| 209. | | | | | sell | 11-8 | J | A | |
| 210. Emerson Electric co. | A | Dividend | | | buy | 3-8 | J | | |
| 211. | | | | | sell | 11-8 | J | A | |
| 212. Engelhard Corp. | A | Dividend | | | buy | 5-26 | J | | |
| 213. | | | | | sell | 11-8 | J | | |
| 214. Exxon Mobil Corp. | A | Dividend | | | buy | 3-8 | J | | |
| 215. | A | Dividend | | | buy | 3-19 | J | | |
| 216. | | | | | sell | 11-8 | J | A | |

1. Income/Gain Codes:      A = $1,000 or less       B = $1,001-$2,500       C = $2,501-$5,000       D = $5,001-$15,000       E = $15,001-$50,000
(See Columns B1 and D4)       F = $50,001-$100,000       G = $100,001-$1,000,000       H1 = $1,000,001-$5,000,000       H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less       K = $15,001-$50,000       L = $50,001-$100,000       M = $100,001-$250,000
(See Columns C1 and D3)       N = $250,000-$500,000       O = $500,001-$1,000,000       P1 = $1,000,001-$5,000,000       P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000       P4 = $More than $50,000,000
3. Value Method Codes       Q = Appraisal       R = Cost (Real Estate Only)       S = Assessment       T = Cash/Market
(See Column C2)       U = Book Value       V = Other       W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | BULLOCK, FRANK W | 6/14/2005 |

## VII. INVESTMENTS and TRUSTS -- income. value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 217. Forest Laboratories Inc. | A | Dividend | | | buy | 3-5 | J | | |
| 218. | A | Dividend | | | buy | 3-9 | J | | |
| 219. | A | Dividend | | | buy | 4-23 | J | | |
| 220. | A | Dividend | | | buy | 7-9 | J | | |
| 221. | | | | | sell | 11-8 | J | | |
| 222. Genentech Inc. | A | Dividend | | | buy | 6-14 | J | | |
| 223. | A | Dividend | | | buy | 8-4 | J | | |
| 224. | | | | | sell | 11-8 | J | A | |
| 225. Genzyme Corp General Division | A | Dividend | | | buy | 3-8 | J | | |
| 226. | A | Dividend | | | buy | 3-23 | J | | |
| 227. | | | | | sell | 11-8 | J | A | |
| 228. Gillette Co. | | None | | | buy | 8-25 | J | . | |
| 229. | | | | | sell | 11-8 | J | A | |
| 230. Glaxosmithkline PLC SP ADR | A | Dividend | | | buy | 4-16 | J | | |
| 231. | A | Dividend | | | buy | 4-28 | J | | |
| 232. | A | Dividend | | | buy | 6-22 | J | | |
| 233. | | | | | sell | 11-8 | J | A | |
| 234. Hasbro | A | Dividend | | | buy | 5-24 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | HI = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BULLOCK, FRANK W | 6/14/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235. | | | | | sell | 11-8 | J | | |
| 236. Home Depot Inc. | A | Dividend | | | buy | 3-9 | J | | |
| 237. | | | | | sell | 11-8 | J | A | |
| 238. Honeywell Int'l Inc. | A | Dividend | | | buy | 3-8 | J | | |
| 239. | | | | | sell | 11-8 | J | A | |
| 240. Hospira, Inc. | | None | | | buy | 3-10 | J | | |
| 241. | | | | | sell | 5-6 | J | | |
| 242. IAC Interactivecorp | A | Dividend | | | buy | 3-10 | J | | |
| 243. | | | | | sell | 11-8 | J | | |
| 244. Intel Corp. | A | Dividend | | | buy | 3-12 | J | | |
| 245. | A | Dividend | | | buy | 7-15 | J | | |
| 246. | | | | | sell | 11-8 | J | | |
| 247. Int'l Business Machines Corp. | A | Dividend | | | buy | 5-5 | J | | |
| 248. | | | | | sell | 11-8 | J | A | |
| 249. Johnson & Johnson | A | Dividend | | | buy | 3-25 | J | | |
| 250. | A | Dividend | | | buy | 4-15 | J | | |
| 251. | | | | | sell | 10-26 | J | A | |
| 252. | | | | | sell | 11-8 | J | A | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BULLOCK, FRANK W | 6/14/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 253. L 3 Communications Hldgs Inc. | A | Dividend | | | buy | 3-10 | J | | |
| 254. | | | | | sell | 11-8 | J | A | |
| 255. Lehman Brothers Holdings Inc. | A | Dividend | | | buy | 3-17 | J | | |
| 256. | A | Dividend | | | buy | 3-31 | J | | |
| 257. | | | | | sell | 11-8 | J | A | |
| 258. Liberty Media Corp. A | A | Dividend | | | buy | 3-18 | J | | |
| 259. | | | | | sell | 11-18 | J | A | |
| 260. Liberty Media Intl Inc Class A | A | Dividend | | | buy | 3-18 | J | | |
| 261. | | | | | sell | 7-12 | J | A | |
| 262. | A | Dividend | | | buy | 3-18 | J | | |
| 263. | | | | | sell | 11-8 | J | A | |
| 264. RTS Liberty Media Intl Inc. -A- | A | Dividend | | | buy | 3-18 | J | | |
| 265. | | | | | sell | 8-2 | J | | |
| 266. MBNA | A | Dividend | | | buy | 7-6 | J | | |
| 267. | A | Dividend | | | buy | 8-19 | J | | |
| 268. | | | | | sell | 11-8 | J | A | |
| 269. MGIC Invt Corp Wis | A | Dividend | | | buy | 3-8 | J | | |
| 270. | | | | | sell | 11-8 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BULLOCK, FRANK W | 6/14/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271. Mattel Inc. DE | A | Dividend | | | buy | 5-20 | J | | |
| 272. | | | | | sell | 11-8 | J | A | |
| 273. McKesson Corporation | A | Dividend | | | buy | 3-19 | J | | |
| 274. | | | | | sell | 10-28 | J | | |
| 275. | A | Dividend | | | buy | 3-19 | J | | |
| 276. | | | | | sell | 11-8 | J | A | |
| 277. | A | Dividend | | | buy | 4-16 | J | | |
| 278. | | | | | sell | 11-8 | J | | |
| 279. Merck & Co. Inc. | A | Dividend | | | buy | 3-18 | J | | |
| 280. | | | | | sell | 11-2 | J | | |
| 281. | A | Dividend | | | buy | 3-18 | J | | |
| 282. | | | | | sell | 11-5 | J | | |
| 283. | A | Dividend | | | buy | 4-28 | J | | |
| 284. | | | | | sell | 11-5 | J | | |
| 285. Merrill Lynch & Co. Inc. | A | Dividend | | | buy | 4-13 | J | | |
| 286. | | | | | sell | 11-8 | J | | |
| 287. | A | Dividend | | | buy | 5-3 | J | | |
| 288. | | | | | sell | 11-8 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BULLOCK, FRANK W | 6/14/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. Micromuse Inc. | A | Dividend | | | buy | 6-22 | J | | |
| 290. | A | Dividend | | | buy | 7-6 | J | | |
| 291. | | | | | sell | 11-8 | J | A | |
| 292. Micron Technology Inc. | A | Dividend | | | buy | 3-25 | J | | |
| 293. | A | Dividend | | | buy | 7-19 | J | | |
| 294. | A | Dividend | | | buy | 9-7 | J | | |
| 295. | | | | | sell | 11-8 | J | A | |
| 296. Millenniium Pharmaceuticals, Inc. | A | Dividend | | | buy | 6-14 | | | |
| 297. | | | | | sell | 11-8 | J | | |
| 298. Motorola, Inc. DE | A | Dividend | | | buy | 3-8 | J | | |
| 299. | | | | | sell | 11-8 | J | | |
| 300. Murphy Oil Corp. | A | Dividend | | | buy | 5-3 | J | | |
| 301. | | | | | sell | 11-8 | J | A | |
| 302. Newmont Mining Corp. | A | Dividend | | | buy | 3-25 | J | | |
| 303. | A | Dividend | | | buy | 4-20 | J | | |
| 304. | | | | | sell | 11-8 | J | A | |
| 305. Nokia Corp. Sponsored ADR | A | Dividend | | | buy | 3-8 | J | | |
| 306. | A | Dividend | | | buy | 4-7 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | BULLOCK, FRANK W | 6/14/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | sell | 11-8 | J | | |
| 308. Pall Corp. | A | Dividend | | | buy | 3-8 | J | | |
| 309. | | | | | sell | 11-8 | J | A | |
| 310. Pepsico Inc. | A | Dividend | | | buy | 3-23 | J | | |
| 311. | | | | | sell | 11-8 | J | | |
| 312. Pfizer | A | Dividend | | | buy | 3-8 | J | | |
| 313. | A | Dividend | | | buy | 6-30 | J | | |
| 314. | A | Dividend | | | buy | 7-1 | J | | |
| 315. | | | | | sell | 11-8 | J | | |
| 316. Raytheon Company New | A | Dividend | | | buy | 3-15 | J | | |
| 317. | | | | | sell | 11-8 | J | A | |
| 318. Realnetworks, Inc. | A | Dividend | | | buy | 6-14 | J | | |
| 319. | A | Dividend | | | buy | 6-23 | J | | |
| 320. | | | | | sell | 11-8 | J | | |
| 321. SBC Communications, Inc. | A | Dividend | | | buy | 3-5 | J | | |
| 322. | A | Dividend | | | buy | 6-23 | J | | |
| 323. | | | | | sell | 11-8 | J | A | |
| 324. Sabre Group Hldgs Inc. Class A | A | Dividend | | | buy | 3-8 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 325. | A | Dividend | | | buy | 3-22 | J | | |
| 326. | | | | | sell | 9-2 | J | A | |
| 327. | | | | | sell | 9-16 | J | A | |
| 328. | | | | | sell | 10-26 | J | A | |
| 329. | | | | | sell | 10-26 | J | A | |
| 330. Safeway Inc. New | A | Dividend | | | buy | 3-18 | J | | |
| 331. | | | | | sell | 11-8 | J | | |
| 332. Sandisk Corp. | A | Dividend | | | buy | 4-19 | J | | |
| 333. | A | Dividend | | | buy | 6-2 | J | | |
| 334. | A | Dividend | | | buy | 6-17 | J | | |
| 335. | | | | | sell | 11-8 | J | | |
| 336. Solectron Corp. | A | Dividend | | | buy | 5-21 | J | | |
| 337. | | | | | sell | 11-8 | J | A | |
| 338. Southwest Airlines Co. | A | Distribution | | | buy | 5-25 | J | | |
| 339. | A | Dividend | | | buy | 6-24 | J | | |
| 340. | | | | | sell | 11-8 | J | A | |
| 341. State Street Corp. | | None | | | buy | 5-21 | J | | |
| 342. | | None | | | buy | 7-22 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BULLOCK, FRANK W | 6/14/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 343. | | | | | sell | 11-8 | J | A | |
| 344. Sungard Data Systems Inc. | A | Dividend | | | buy | 3-22 | J | | |
| 345. | A | Dividend | | | buy | 4-29 | J | | |
| 346. | | | | | sell | 11-8 | J | A | |
| 347. Taiwan Semiconductor Mfg. Co. Ltd. ADR | A | Dividend | | | buy | 4-19 | J | | |
| 348. | | | | | sell | 11-8 | J | | |
| 349. | A | Dividend | | | buy | 7-7 | J | | |
| 350. | | | | | sell | 11-8 | J | A | |
| 351. Texas Instruments Inc. | A | Dividend | | | buy | 3-9 | J | | |
| 352. | | | | | sell | 11-8 | J | | |
| 353. | A | Dividend | | | buy | 3-11 | J | | |
| 354. | | | | | sell | 11-8 | J | | |
| 355. | A | Dividend | | | buy | 7-9 | J | | |
| 356. | | | | | sell | 11-8 | J | A | |
| 357. Time Warner Inc. | A | Dividend | | | buy | 3-15 | J | | |
| 358. | | | | | sell | 11-8 | J | A | |
| 359. | A | Dividend | | | buy | 5-20 | J | | |
| 360. | | | | | sell | 11-8 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BULLOCK, FRANK W | 6/14/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 361. Tyco Int'l Ltd New | A | Dividend | | | buy | 3-14 | J | | |
| 362. | | | | | sell | 11-8 | J | A | |
| 363. Unisys Corp. | A | Dividend | | | buy | 3-8 | J | | |
| 364. | | | | | sell | 11-8 | J | | |
| 365. | A | Dividend | | | buy | 8-10 | J | | |
| 366. | | | | | sell | 11-8 | J | A | |
| 367. UnitedHealth Group, Inc. | A | Dividend | | | buy | 3-9 | J | | |
| 368. | | | | | sell | 11-8 | J | A | |
| 369. Verizon Communications | A | Dividend | | | buy | 3-8 | J | | |
| 370. | | | | | sell | 11-8 | J | A | |
| 371. Vodafone Group PLC SP ADR | A | Dividend | | | buy | 3-10 | J | | |
| 372. | | | | | sell | 11-8 | J | A | |
| 373. Weyerhaeuser Co. | A | Dividend | | | buy | 3-8 | J | | |
| 374. | | | | | sell | 11-8 | J | | |
| 375. Williams Cos. Inc. | A | Dividend | | | buy | 3-30 | J | | |
| 376. | | | | | sell | 11-8 | J | A | |
| 377. Wyeth | A | Dividend | | | buy | 3-8 | J | | |
| 378. | A | Dividend | | | buy | 6-18 | J | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BULLOCK, FRANK W | 6/14/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 379. | | | | | sell | 11-8 | J | A | |
| 380. Global SantaFe Corp | A | Dividend | | | buy | 3-23 | J | | |
| 381. | | | | | sell | 11-8 | J | A | |
| 382. Tommy Hilfiger | A | Dividend | | | buy | 6-26 | J | | |
| 383. | | | | | sell | 11-9 | J | | |
| 384. Federal Home Loan Mortgage Corp. Global Note | A | Interest | | | buy | 5-18 | J | | |
| 385. | | | | | sell | 11-9 | J | | |
| 386. Federal Natl Mtg Assn Global Debs | A | Interest | | | buy | 3-31 | J | | |
| 387. | | | | | sell | 10-27 | J | | |
| 388. Federal Natl Mtg Assn Global Debs | A | Interest | | | buy | 8-24 | J | | |
| 389. | | | | | sell | 11-9 | J | A | |
| 390. Federal Natl Mtg Assn Global Debs | A | Interest | | | buy | 7-21 | J | | |
| 391. | | | | | sell | 8-24 | J | A | |
| 392. U. S. Treasury Notes Ser. D 2006 | A | Interest | | | buy | 3-31 | J | | |
| 393. | | | | | sell | 11-9 | J | | |
| 394. U.S. Treasury Notes Ser. F-2007 | A | Interest | | | buy | 3-31 | K | | |
| 395. | | | | | sell | 11-9 | K | | |
| 396. U.S. Treasury Notes Ser. E-2008 | A | Interest | | | buy | 10-19 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BULLOCK, FRANK W | 6/14/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 397. | | | | | sell | 11-9 | J | | |
| 398. U.S. Treasury Notes Ser. G-2006 | A | Interest | | | buy | 3-10 | J | | |
| 399. | | | | | sell | 7-22 | J | | |
| 400. U.S. Treasury Notes Ser. L-2005 | A | Interest | | | buy | 3-10 | J | | |
| 401. | | | | | sell | 7-21 | J | | |
| 402. U.S. Treasury Notes Ser. J-2006 | A | Interest | | | buy | 3-10 | J | | |
| 403. | | | | | sell | 5-18 | J | | |
| 404. U.S. Treasury Notes Ser. H-2007 | A | Interest | | | buy | 5-3 | J | | |
| 405. | | | | | sell | 10-19 | J | A | |
| 406. | A | Interest | | | buy | 7-22 | J | | |
| 407. | | | | | sell | 10-19 | J | A | |
| 408. U.S. Treasury Notes Ser. E-2014 | A | Interest | | | buy | 10-27 | J | | |
| 409. | | | | | sell | 11-9 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Investments in the corporations listed in Part VII are in common stock unless otherwise noted. Also, please see letter enclosed.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____     Date  6-14- 05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544